DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE CLARK,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D18-0584

[February 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard H. Harrison, Judge; L.T. Case No. 502012CA009024XXXXMB.

David A. Strauss of The Strauss Law Firm, P.A., Fort Lauderdale, for appellant.

Adam M. Shonson of Fidelity National Law Group, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***